IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
APR 24 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil No. 3:11CV122** |
| ) | |
| 2006 LAMBORGHINI GALLARDO ) | |
| SPYDER, VIN ZHWGU22T26LA03893, ) | |
| ) | |
| 2008 PORSCHE CAYENNE SUV, ) | |
| VIN WP1AC29PX8LA83016, ) | |
| ) | |
| 2008 BENTLY FLYING SPUR, ) | |
| VIN SCBBBR93W98C055840, ) | |
| ) | |
| ULYSSE NARDIN MAXI MARINE 42 MM ) | |
| DIAMETER MEN'S WATCH WITH A ROSE ) | |
| GOLD COLORED BODY (GTS 18KRG MAXI ) | |
| GMT 42MM) ) | |
| ) | |
| 5.16 CARAT ROUND DIAMOND WITH RING ) | |
| (5.16 CT RD 1 SI/LDS ENG RING), ) | |
| ) | |
| CARTIER PASHA WHITE GOLD WATCH ) | |
| WITH DIAMONDS ON 42 MM WATCH FACE, ) | |
| SILVER IN COLOR (GTS 18KWG PASHA ) | |
| 42 MM, SIL), ) | |
| ) | |
| PLATINUM PRINCESS CUT DIAMOND EAR ) | |
| RINGS (PLT PR EAR FVS2 ES12), ) | |
| ) | |
| CHOPARD'S MEN'S SPORTS WATCH WITH ) | |
| BLACK FACE AND BLACK STRAP (GTS SS ) | |
| MILLE MIGLIA, BLK), ) | |
| ) | |
| CHOPARD'S MEN'S CUFFLINKS (GTS SS ) | |
| CUFFLINKS MILLE), ) | |
| ) | |
| 15.01 CARATS FLY/VS2 MICRO SET ) | |

| | |
|---|---|
| SURROUNDING SHANK | ) |
| CHIMENTO 18 CARAT ROSE GOLD LADIES | ) |
| RING WITH WHITE CACHALONG STONE IN | ) |
| THE MIDDLE (8KRG W. CACHALONG RING), | ) |
| | ) |
| CHIMENTO 18 CARAT ROSE GOLD | ) |
| NECKLACE WITH DIAMONDS AND | ) |
| CACHALONG STONE (18KRG W. | ) |
| CACHALONG NECKLACE), | ) |
| | ) |
| AND | ) |
| | ) |
| $190,117.00 in U.S. CURRENCY | ) |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, the United States of America, by counsel, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and G. Wingate Grant, Assistant United States Attorney, and the Claimant, Karin Allmendinger, by counsel, David B. Smith, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and herewith stipulate to the dismissal of this civil case without prejudice. In support of this dismissal, both parties hereby stipulate and agree as follows:

On September 7, 2010, an Indictment[1] was returned by a federal grand jury in this district which was related to the seizure of the defendant property at issue in this civil forfeiture action. *United States v. Christian Allmendinger, et al* (Criminal No. 3:10CR248).

Following a jury trial on March 23, 2011, defendant Christian M. Allmendinger ("defendant"), was convicted of multiple offenses including Mail Fraud Conspiracy, in violation

---

[1] A Superseding Indictment was returned on February 1, 2011 and included the same forfeiture allegation. *Id.*; (Document 140)

2

of 18 U.S.C. § 1349 (Count One). As a result of said conviction, certain property of the defendant was forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1). The Court entered a Preliminary Order of Forfeiture on September 27, 2011, forfeiting the defendant property, and additional property, to the United States of America. (Document 359). A First Final Order of Forfeiture was entered on April 5, 2012. (Document 430).

As the forfeiture of the defendant property in this case has been accomplished in the criminal case, the parties stipulate and agree to dismiss this civil case without prejudice pursuant to Rule 41(a)(1)(A)(i)(ii).


Respectfully submitted,


NEIL H. MACBRIDE
UNITED STATES ATTORNEY


_____
G. Wingate Grant (VSB 18643)
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804/819-5400
Fax: 804/771-2316
Email: wingate.grant@usdoj.gov

_____
David B. Smith
VA Bar No. 25930
Smith & Zimmerman, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
(703) 548-8911/Fax (703) 548-8935
dsmith@smithzimmerman.com
Counsel for Karin Allmendinger